IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CR197 |
| | ) | |
| v. | ) | |
| | ) | |
| CAREY R. CARLSON, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

Counsel for the defendant has advised that the negotiations in this case have not concluded, so a plea agreement is not in existence any longer. Additional time is necessary to determine if the defendant will plead or go to trial. Accordingly,

IT THEREFORE HEREBY IS ORDERED:

1. The plea proceeding scheduled for July 21, 2005, is cancelled.

2. Defendant's counsel shall inform the court within ten working days of the defendant's intentions so the matter may be scheduled accordingly.

DATED this 21st day of July, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge