IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:04CR197 |
| v. | ) | |
| | ) | |
| CAREY R. CARLSON, | ) | |
| | ) | ORDER |
| Defendant. | ) | |
| | ) | |

New counsel has now entered an appearance in this case.
Filing 47.

IT THEREFORE HEREBY IS ORDERED:

1.  Trial of this matter is set to commence at 9:00 a.m.,
November 28, 2005, before the Honorable Richard G. Kopf in the
Special Proceedings Courtroom, Roman L. Hruska United States
Courthouse, **Omaha**, Nebraska.  Jury selection will be held at
commencement of trial.

2.  The ends of justice will be served by granting such a
motion, and outweigh the interests of the public and the
defendant in a speedy trial, and the additional time arising as a
result of the granting of the motion, the time between
September 13, 2005 and November 28, 2005 shall be deemed
excludable time in any computation of time under the requirements
of the Speedy Trial Act, for the reason that the parties require
additional time to adequately prepare the case, taking into
consideration due diligence of counsel, the novelty and
complexity of the case, and the fact that the failure to grant
additional time might result in a miscarriage of justice.
18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 13th day of September, 2005.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge