IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CAREY CARLSON, )<br>)<br>Defendant. )<br>) | 8:04CR197<br><br>ORDER |

On August 31, 2005, attorney Jeffrey Thomas entered his appearance as counsel for the defendant. Filing 47. Defendant's previous attorney, Carlos Monzon, was given leave to withdraw on September 1, 2005. Filing 49. Attorney Michael Maloney entered his appearance on September 19, 2005. Filing 52.

IT THEREFORE HEREBY IS ORDERED,

The motion to substitute counsel, filing 52, is denied as unnecessary.

DATED this 22nd day of September, 2005.

BY THE COURT

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge