IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:04CR197 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| CAREY CARLSON, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the defendant's request for extension of time to file motion for deviation and/or variance (filing 67) is granted. The defendant's motion for deviation and/or variance shall be filed on or before February 27, 2006.

February 24, 2006.            BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge